UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| ANDREW B. SHEETS, individually,<br><br>　　Plaintiff,<br><br>v.<br><br>CITY OF PUNTA GORDA, FLORIDA,<br><br>　　Defendant. | Case No. 2:19-cv-484-SPC-MRM |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

**COMES NOW** the Plaintiff, ANDREW B. SHEETS, by and through the undersigned Counsel, pursuant to Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure, and hereby voluntarily dismisses this action without prejudice.

Dated November 26, 2019.　　　　　　　　　**THE BONDERUD LAW FIRM, P.A.**

　　　　　　　　　　　　　　　　　　　　　*/s/ **Andrew Bonderud***
　　　　　　　　　　　　　　　　　　　　　Andrew M. Bonderud, Esq.
　　　　　　　　　　　　　　　　　　　　　Florida Bar No. 102178
　　　　　　　　　　　　　　　　　　　　　TRIAL COUNSEL
　　　　　　　　　　　　　　　　　　　　　301 W. Bay Street, Suite 1433
　　　　　　　　　　　　　　　　　　　　　Jacksonville, FL 32202
　　　　　　　　　　　　　　　　　　　　　904-438-8082 (Office)
　　　　　　　　　　　　　　　　　　　　　904-800-1482 (Facsimile)
　　　　　　　　　　　　　　　　　　　　　BonderudLaw@gmail.com
　　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this date, I filed the foregoing document with the Clerk of Court via the CM/ECF system, which will send a notice of electronic filing via email to:

Nikki C. Day, B.C.S.
Fla. Bar No. 77551
Kimberly A. Hendee, Esq.
Fla. Bar No. 109382
BRYANT MILLER OLIVE, P.A.
One Tampa City Center, Suite 2700
Tampa, FL 33602
nday@bmolaw.com
khendee@bmolaw.com
nakins@bmolaw.com
cmiller@bmolaw.com
*Counsel for Defendant*

                                            */s/ Andrew Bonderud*
                                            Attorney